```
MINUTE ENTRY           2:30 p.m.

   U. S. A. -v- SANG MEE CHUN
```

PRESENT: HON. ALEX R. MUNSON, CHIEF JUDGE PRESIDING
  K. LYNN LEMIEUX, COURTROOM DEPUTY
  SANAE N. SHMULL, COURT REPORTER
  PATRICK SMITH, ASSISTANT U.S. ATTORNEY
  TIMOTHY BELLAS, ATTORNEY FOR DEFENDANT

PROCEEDINGS: REMOVAL HEARING

Defendant Sang Mee Chun was present with her court appointed counsel, Attorney Timothy Bellas. Government was represented by Patrick Smith, AUSA.

Alex Tae was sworn as interpreter/translator of the Korean language.

Defendant was sworn and examined to her understanding of the proceedings; her understanding of the charges against her in the indictment and her constitutional rights.

Defendant stated that it was her desire to be removed to the District of Guam for further proceedings in this case. Defendant waived the identity hearing and conceded that she is the same Sang Mee Chun as stated in the indictment.

Government requested that a Warrant of Removal issue; no objection by the Defense, Court so ordered.

Court ordered that the U.S. Marshal remove this defendant to Guam.

     Adj. at 2:50 p.m.
;
Applies to: DFT Chun, Sang Mee [KLL EOD 11/12/2004]