MINUTE ENTRY                2:12 p.m.

   U. S. A. -v- JAE YOUNG PARK

PRESENT: HON. ALEX R. MUNSON, CHIEF JUDGE PRESIDING
  K. LYNN LEMIEUX, COURTROOM DEPUTY
  FAYE CROZAT, COURT REPORTER
  JAMIE BOWERS, ASSISTANT U.S. ATTORNEY
  TIMOTHY MORAN, ASSISTANT U.S.ATTORNEY
  ROBERT TORRES, ATTORNEY FOR DEFENDANT

PROCEEDINGS: WAIVER OF REMOVAL/ARRAIGNMENT/CHANGE OF PLEA

 Defendant Jae Young Park was present with his court appointed counsel, Attorney Robert Torres. Government was represented by Jamie Bowers, AUSA.

 Jing Goo Cho was sworn as interpreter/translator of the Korean language.

 Defendant was sworn and examined as to his understanding of his constitutional rights, his right to trial and his understanding of the Plea Agreement.

 Defendant was advised that he had been indicted in the United States District Court, Territory of Guam, and that he had the right to be transferred to the Territory of Guam and defend himself and go to trial in Guam or that he could waive the transfer and enter a plea of guilty in this district.

 Arraignment:

 Defendant waived reading of the indictment and waived his right to be transferred to Guam to answer the charges in Guam and requested to enter a plea of guilty in the District of the Northern Mariana Islands.  Defendant stated that he wished to enter a plea of  GUILTY to the charges against him.

 Change of Plea:

 Court reviewed every element of the Plea Agreement with the Defendant.  Government reported to the Court what they would be able to prove if this matter proceeded to trial. Defendant  entered a plea of GUILTY. Court found that the defendant was fully competent to enter a knowing and voluntary plea. Court accepted the plea and the Plea Agreement.

 The Court set Sentencing for Tuesday, March 22, 2005 at 9:00 a.m. and the Presentence Investigation Report is due on Tuesday, February 15, 2005.

 Court ordered the defendant remanded into the custody of the U.S. Marshal.


    Adj. at 3:00 p.m.

;
Applies to: DFT Park, Jae Young [KLL EOD 12/16/2004]