MINUTE ENTRY   MINUTES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN MARIANA ISLANDS

CR-04-00036
December 17, 2004
11:23 a.m.

   U. S. A. -v- YOUNG JU KWON

PRESENT: HON. ALEX R. MUNSON, CHIEF JUDGE PRESIDING
  GALO L. PEREZ, CLERK OF COURT
  FAYE CROZAT, COURT REPORTER
  JAMIE BOWERS, ASSISTANT U.S. ATTORNEY
  TIMOTHY MORAN, ASSISTANT U.S. ATTORNEY
  DANILO AGUILAR, ATTORNEY FOR DEFENDANT

PROCEEDINGS: WAIVER OF REMOVAL/ARRAIGNMENT/ENTRY OF PLEA

 Defendant Young Ju Kwon  was present with his court appointed counsel, Attorney Danilo Aguilar. Government was represented by Jamie Bowers, AUSA.

 (Jing Goo Cho)  was sworn as interpreter/translator of the Korean language.

 Government stated that a plea agreement has been signed by the defendant, his attorney and the government.  Additionally, a Consent to Rule 20 Transfer for Plea and Sentence has also been signed by the defendant, his attorney and the government in order that defendant enter a plea of guilty and be sentenced in the District Court of the Northern Mariana Islands.

 Defendant was sworn and examined as to his understanding of his constitutional rights, his right to trial and his understanding of the Plea Agreement.

 Defendant was advised that he had been indicted in the United States District Court, Territory of Guam, and that he had the right to be transferred to the Territory of Guam and defend himself and go to trial in Guam or that he could waive the transfer and enter a plea of guilty in this district.

 Court finds that defendant has made a knowing and voluntary waiver of his right to removal under Rule 40.

 Arraignment:

 Defendant waived reading of the indictment and waived his right to be removed to Guam to answer the charges in Guam and requested to enter a plea of guilty in the District of the Northern Mariana Islands.  Defendant stated that he wished to enter a plea of  GUILTY to the charges against him.

 Court reviewed every element of the Plea Agreement with the Defendant.  Government reported to the Court what they would be able to prove if this matter proceeded to trial.  Defendant  entered a plea of GUILTY.  Court found that the defendant was fully competent to enter a knowing and voluntary plea.  Court accepted the plea and the Plea Agreement.

 The Court set Sentencing for Tuesday, March 22, 2005 at 9:00 a.m. and the

Presentence Investigation Report is due on Tuesday, February 15, 2005.

Court ordered the defendant remanded into the custody of the U.S. Marshal.

Adjourned at 12:05 p.m.

Galo L. Perez, Clerk of Court;
Applies to: DFT Kwon, Young Ju [TTP EOD 12/17/2004]